**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1874**

———————

BETTY T. GORDON,

Plaintiff - Appellant,

versus

DUPONT PENSION AND RETIREMENT PLAN; E. I.
DUPONT DE NEMOURS & COMPANY,

Defendants - Appellees,

and

WILMINGTON TRUST COMPANY,

Defendant.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Danville. James C. Turk, District Judge.
(CA-95-846-7-RD)

———————

Submitted: November 30, 1998      Decided: January 21, 1999

———————

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Betty T. Gordon, Appellant Pro Se.  Patricia Kyle Epps, Hill B. Wellford, Jr., Wood Walter Lay, HUNTON & WILLIAMS, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Betty T. Gordon appeals the district court's order denying relief in her action under the Employee Retirement Income Security Act.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. See Gordon v. DuPont Pension, No. CA-95-846-7-RD (W.D. Va. May 13, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2